No. 82–1734. PALMORE *v.* SIDOTI. Dist. Ct. App. Fla., 2d Dist. Certiorari granted. ▮

No. 82–1994. KIRBY FOREST INDUSTRIES, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. ▮

No. 82–2042. WESTINGHOUSE ELECTRIC CORP. *v.* VAUGHN ET AL. C. A. 8th Cir. Certiorari granted. ▮

No. 82–2056. ESCONDIDO MUTUAL WATER CO. ET AL. *v.* LA JOLLA BAND OF MISSION INDIANS ET AL. C. A. 9th Cir. Certiorari granted. ▮

No. 83–271. NATIONAL COLLEGIATE ATHLETIC ASSN. *v.* BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA ET AL. C. A. 10th Cir. Certiorari granted. ▮

No. 83–95. PATTON ET AL. *v.* YOUNT. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮

No. 83–128. UNITED STATES *v.* GOUVEIA ET AL. C. A. 9th Cir. Motions of respondents Robert Ramirez, Philip Segura, Robert E. Mills, and Raymond Pierce for leave to proceed *in forma pauperis* granted. Certiorari granted. ▮

No. 82–6840. JAMES *v.* KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. ▮

No. 82–1678. FULTON ET AL. *v.* PLUMBERS & STEAMFITTERS, LOCAL 598, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 82–1911. GIBSON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 82–1976. ALABAMA *v.* MCCRARY. Ct. Crim. App. Ala. Certiorari denied. ▮